# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANNE M. POIRIER,

      Plaintiff,

v.

      Case No. 10-11841
      Hon. Gerald E. Rosen
      Magistrate Judge Mona K. Majzoub

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    September 28, 2011

PRESENT: Honorable Gerald E. Rosen
                Chief Judge, United States District Court

On May 9, 2011, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation ("R & R") recommending that the Court grant the Defendant Commissioner of Social Security's motion for summary judgment and deny Plaintiff Anne M. Poirier's motion for summary judgment. No objections have been filed to the R & R. Upon reviewing the R & R, the parties' cross-motions for summary judgment, and the record as a whole, the Court fully concurs in the thorough analysis of the Magistrate Judge, and adopts the R & R in its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's May 9, 2011 Report and Recommendation is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED that, for the reasons stated in the R & R, Defendant's motion for summary judgment (docket #16) is GRANTED, and Plaintiff's motion for summary judgment (docket #14) is DENIED.

                                               s/Gerald E. Rosen
                                               Chief Judge, United States District Court

Dated: September 28, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 28, 2011, by electronic and/or ordinary mail.

                                               s/Ruth A. Gunther
                                               Case Manager